# EXHIBIT 1

# Commonwealth of Massachusetts

SUFFOLK, ss.

TRIAL COURT OF THE COMMONWEALTH
BOSTON MUNICIPAL COURT DEPARTMENT
ROXBURY DIVISION

Chukwuma E Azubuko
_____
PLAINTIFF(S),

CIVIL NO. 1602CV158

SUMMONS

v.

Four Unknown Boston Police Officers
_____
DEFENDANT(S)

THIS SUMMONS IS DIRECTED TO  Four Unknown Boston Police Officers
                              (Defendant's name)

1. This Notice is to inform you that you are being sued. The person or business suing you is known as the Plaintiff. A copy of the Plaintiff's Complaint against you is attached and the original has been filed in the Roxbury Division of the Boston Municipal Court Department. You must respond to this lawsuit in writing. If you do not respond, the Plaintiff may obtain a court order requiring you to pay money or provide other relief.

2. You must respond within 20 days to protect your rights. In order to protect your right to defend yourself in this lawsuit, you must deliver or mail a written response called an "Answer" to both the "Clerk's Office for Civil Business, Boston Municipal Court Department, Roxbury Division, 85 Warren Street, Roxbury, MA 02119" and to the individual below:

C.E. Azubuko, at  P.O. Box 171121 Boston MA 02117
(name of Plaintiff or Plaintiff's attorney)   (address)

Your Answer must be delivered or mailed within 20 days from the date the Summons was delivered to you. If you need more time to respond, you may request an extension of time in writing from the Court.

3. Your Answer must respond to each claim made by the Plaintiff. Your Answer is your written response to the statements made by the Plaintiff in the Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. You may agree with some of the things the Plaintiff says and disagree with other things. You may also say that you do not know whether one (or more) of the statements made in the Plaintiff's Complaint is true. If you want to have your case heard by a jury, you must specifically request a jury trial in your Answer. Even if you agree that you owe what is claimed, sending an Answer will provide you with an opportunity to participate and explain your circumstances.

4. You must list any reason why you should not have to pay the Plaintiff what the Plaintiff asks for. If you have any reason(s) why the Plaintiff should not get what the Plaintiff asks for in the Complaint, you must write those reasons (or "defenses") in your Answer.

Rev. 6/2015

COMMONWEALTH OF MASSACHUSETTS
BOSTON MUNICIPAL COURT – Roxbury DIVISION

CIVIL DOCKET NUMBER: 1602CV158

CHUKWUMA E AZUBUKO
Plaintiff

V

FOUR UNKNOWN ~~FOUR~~ BOSTON POLICE OFFICERS &

THREE UNKNOWN ASSISTANT DISTRICT ATTORNEYS – IN INDIV. & OFF. CAPS.
Defendants

COMPLAINT

INTRODUCTION

On March 6th, 2004 the undersigned was arrested, imprisoned up and maliciously prosecuted on assault and battery charges by jury at the Roxbury's District Court. [**App. 1**] Glory, the undersigned was acquitted. The proceedings centered on false arrest, false imprisonment and malicious[false prosecution. Factly, being in the said court for prehearings and waited for the jury's verdict of not guilty were not stress-free. There was no basis for the 911 call. Sadly, the Police Officers came and decided to arrest the undersigned. Regrettably, they knew not that the law provided for "Break the law or risks the harm." Factly, the undersigned had no violent dispositions or manners as condemned upon his honor. In the period, the undersigned was preoccupied with providing for his two children and educational pursuit; the undersigned's educational records spoke for themselves, in all modesty. Indisputably, the defendants evaluated the surrounding circumstances and deemed them advisable to arrest, imprisoned and prosecute

unfairly the undersigned. Central to God's grace and love, the undersigned was acquitted and compensatory damages attached obviously.

## PARTIES

The undersigned resided in the Suffolk County and his contact's information would be as stated below. The first defendant's contact's address would be: City of Boston's Corporation Counsel, Law Department – Room 615, City Hall Plaza, Boston – MA 02201. The second defendant's contact address would be: Massachusetts' Attorney General, Government Bureau/Trial, One Ashburton Place, Boston – MA 02108.

## JURISDICTION

That existed indisputably constitutionally and statutorily. [Mass. Const., Arts. 6 and 10; GLc 249 Sec. 6; GLc 258 Sec. 1-10; 42 USC Sec. 1983-6; ...]

## VENUE

That should be indisputable too.

## BASES OF COMPLAINT

01) That the conduct of the first defendants qualified for false arrest.

02) That the conduct of the defendants lent itself to false imprisonment.

03) That the decisions to prosecute represented abuse of process and offices.

04) That the decisions to prosecute by the second defendant qualified for malicious prosecution and lack of skill – despite the so-called victim's prayer to drop the so-called charges.

05) That the decision to arrest and prosecute lent itself to calculated intentional infliction of emotional distress.

06) That the decision to arrest and prosecute typified negligent infliction of emotional distress.

07) That the conduct of the defendants exposed the undersigned to deprivation of liberty and property interests.

08) That the conduct of the defendants condemned the undersigned to tortious interference with prospective business advantages despite the acquittal – records non-expungement.

09) That the conduct of the defendant represented invasion of privacy.

## DEMAND FOR JURY TRIAL

That matched with the law, therefore, the undersigned cried not for the moon legally speaking.

## RELIEF SOUGHT

The undersigned would like the record expunged from his CORI.

## COMPENSATORY DAMAGES

The undersigned would seek treble damages from the two defendants respectively owing to time passage, though it barred no jurisdiction.

*[signature]*

CHUKWUMA E AZUBUKO
*Pro Se*
P O Box 171121
Boston – MA 02117
Telephone: (857) 417 2044

Dated: Tuesday – March 15th - 2016

| CRIMINAL DOCKET | DOCKET NO. 0402CR001055 | ATTORNEY NAME | |
|---|---|---|---|
| COURT DIVISION: Roxbury | ☐ INTERPRETER REQUIRED | DATE and JUDGE<br>3-8-04 J.Wright | DOCKET ENTRY<br>☑ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied and Deft Advised per 211D §2A<br>☐ Waiver of counsel found after colloquy |
| NAME, ADDRESS AND ZIP CODE OF DEFENDANT<br>AZUBUKO, CHUKWUMA<br>106 MINDEN ST.# 3<br>JAMAICA PLAIN, MA 02130 | | 3-8-04 | Terms of release set: $200.00 Cash<br>☐ PR ☑ Bail<br>☐ Held (276 §58A)<br>☐ See back for special conditions |
| DEFT. DOB AND SEX<br>03/13/1961   M | | 3-8-04 J.Wright | Arraigned and advised:<br>☑ Potential of bail revocation (276 §58)<br>☑ Right to bail review (276 §58)<br>☐ Right to drug exam (111E §10) |
| DATE OF OFFENSE(S)<br>03/06/2004 | PLACE OF OFFENSE(S)<br>ROXBURY | | Advised of right to jury trial:<br>☐ Does not waive<br>☐ Waiver of jury trial found after colloquy |
| COMPLAINANT<br>AZUBUKO, CHUKWUMA | POLICE DEPARTMENT (if applicable)<br>BOSTON PD-AREA E-13 | | Advised of trial rights as pro se (Supp. R. 4) |
| DATE OF COMPLAINT<br>03/08/2004 | RETURN DATE AND TIME<br>03/08/2004 08:30:00 | | Advised of right of appeal to Appeals Ct (R. 28) |

| COUNT/OFFENSE | | | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT<br>☐ WAIVED |
|---|---|---|---|---|---|---|---|
| 1.  265/13A/B  A&B c265 §13A(a) | | | | | | | |

| DISPOSITION DATE and JUDGE<br>OCT 12 2004  Leary J. | | SENTENCE OR OTHER DISPOSITION<br>☐ Sufficient facts found but continued without guilty finding until:<br>☐ Probation   ☐ Pretrial Probation (276 §87) - until:<br>☐ To be dismissed upon payment of court costs/restitution<br>☐ Dismissed upon: ☐ Request of Comm. ☐ Request of Victim<br>☐ Request of Deft ☐ Failure to prosecute ☐ Other:<br>☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C) | DWOP w/prej | | | | |
| DISPOSITION METHOD<br>☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ None of the Above | FINDING<br>☐ Not Guilty<br>☐ Guilty<br>☐ Not Responsible<br>☐ Responsible<br>☐ No Probable Cause<br>☐ Probable Cause | FINAL DISPOSITION<br>☐ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated: defendant discharged | JUDGE | | | | DATE |

COURT ADDRESS<br>Roxbury District Court<br>85 Warren Street<br>Roxbury, MA 02119

APP. 1

☐ ADDITIONAL COUNTS ATTACHED

A TRUE COPY   X        CLERK-MAGISTRATE/ASST. CLERK        ON (DATE)

DOCKET NUMBER: 0402CR001055     NAME: AZUBUKO, CHUKWUMA

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | JUDGE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| 1 | 3-4-04 | PTH | ☐ Held  ☐ Cont'd | | | | |
| 2 | 6-25-04 | C+E | ☐ Held  ☐ Cont'd | | | | |
| 3 | 8-2-04 | C+E | ☐ Held  ☐ Cont'd | | | | |
| 4 | 10-19-04 | Trial | ☐ Held  ☐ Cont'd  OCT 1 9 2004 | Leary J | 04/2391 | 1887 | 2070 |
| 5 | | | ☐ Held  ☐ Cont'd | | | | |
| 6 | | | ☐ Held  ☐ Cont'd | | | | |
| 7 | | | ☐ Held  ☐ Cont'd | | | | |
| 8 | | | ☐ Held  ☐ Cont'd | | | | |
| 9 | | | ☐ Held  ☐ Cont'd | | | | |
| 10 | | | ☐ Held  ☐ Cont'd | | | | |

ARR=Arraignment  PT=Pretrial hearing  CE=Discovery compliance and jury election  T=Bench trial  J=Jury Trial  PC=Probable cause hearing  M=Motion hearing  SR=Status review
SRP=Status review of payments  FA=First appearance in jury session  S=Sentencing  CW=Continuance-without-finding scheduled to terminate  P=Probation scheduled to terminate
DFTA=Defendant failed to appear and was defaulted  WAR=Warrant issued  WARD=Default warrant issued  WR=Warrant or default warrant recalled  PR=Probation revocation hearing

## OTHER DOCKET ENTRIES

| ENTRY DATE | |
|---|---|
| 3-8-04 | J. Wright - No plea entered. No abuse order in effect |
| 3/8/04 | Mitt. issued (FM) |
| 3/8/04 | Bail $200 cash. Surety: Precious O'Kereke |
| 3/8/04 | 3815G00 3/8/04 - Bail $200.00 |
| OCT 1 9 2004 | Ms. O'Kereke sworn & testified. Victim does not want to cooperate @ the Commonwealth. She is asserting her marital priv. Case DWOP w/prej. (MMC) |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED and JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES and COMMENTS | ✓WAIVED |
|---|---|---|---|---|
| 3-8-04 Wright | Legal Counsel Fee (211D §2A ¶2) | 150/50 | MAY - 4 2004  pd REDD | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | 51T2H000005/17/04COUNSEL FEE  150.00 | |
| | Drug Analysis Fee (280 §6B) | | | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | APP- 1 | |